UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> AMCO INSURANCE COMPANY, a wholly owned subsidiary of Nationwide Mutual Insurance Company, <br><br> Defendant/Third Party Plaintiff, <br><br> v. <br><br> BELLEVILLE CATERING COMPANY, <br><br> Third Party Defendant. | Case No. 08-cv-669-JPG |

## JUDGMENT

This matter having come before the Court, the time to consummate settlement between Plaintiff Commerce Bank, N.A. and Defendant Amco Insurance Company having run, and the Court having ordered Third Party Plaintiff Amco Insurance Company's voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Count I for breach of contract is dismissed with prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Count II for conversion is dismissed with prejudice;

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiff's Count I for breach of contract is dismissed without prejudice; and

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiff's Count II for unjust enrichment is dismissed without prejudice.

**DATED: September 25, 2009**        **JUSTINE FLANAGAN**
                                     **ACTING CLERK OF COURT**


                                     **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**